MORGAN LIX
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Avenue North, Suite 3200
Billings, MT 59101
Phone: (406) 247-4682
FAX: (406) 657 6989
Email: Morgan.Lix@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED
OCT 23 2026
Clerk, US District Court
District of Montana - Billings

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JORGE ARMANDO RUBIO-RUIZ,**<br><br>**Defendant.** | **CR 26- 114 -BLG- KSL**<br><br>**INDICTMENT**<br><br>**ILLEGAL REENTRY**<br>**Title 8 U.S.C. § 1326(a)**<br>**(Penalty: Two years of imprisonment, $250,000 fine, and one year of supervised release)** |

THE GRAND JURY CHARGES:

That on or about September 22, 2026, near Glendive and within Dawson County, in the State and District of Montana, the defendant, JORGE ARMANDO RUBIO-RUIZ, an alien and citizen of Mexico, was found in the United States after having been denied admission, excluded, deported, and removed and without

having obtained the express consent of the Attorney General and the Secretary of the Department of Homeland Security to reapply for admission, in violation of 8 U.S.C. § 1326(a).

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

MORGAN LIX
Assistant United States Attorney

CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney